In the Matter of Supplementary Proceedings: GEORGE F. ADAMS, Respondent, *v.* ABRAHAM COHEN, Appellant.

*Adams* v. *Cohen*, 176 App. Div. 882, appeal dismissed.
(Submitted March 19, 1917; decided April 3, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1916, which affirmed an order of Special Term adjudging the defendant, a judgment debtor, guilty of a criminal contempt under subdivision 3 of section 750 of the Judiciary Law in having willfully disobeyed the injunction clause contained in the order for the examination of the judgment debtor in supplementary proceedings whereby the judgment debtor was forbidden from transferring or making any other disposition of any property belonging to him not exempt by law from execution or in any manner from interfering therewith.

*Meyer D. Siegel* for appellant.

*Sidney H. Stuart* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.